UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOAH J. MCCOURT,                                  Case No. 18-CV-1651 (PJS/DTS)

            Plaintiff,

v.                                                            ORDER

CARVEY COUNTY SHERIFF'S
DEPARTMENT, et al.,

            Defendants.


        The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge David T. Schultz dated July 24, 2018.  No objections

have been filed to that Report and Recommendation in the time period permitted.

        Based upon the Report and Recommendation of the Magistrate Judge, and all of

the files, records and proceedings herein, IT IS HEREBY ORDERED that this action is

DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

        LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  August 15, 2018

                                            s/Patrick J. Schiltz_____
                                            Patrick J. Schiltz
                                            United States District Judge